# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 16-CR-746 (PKC) |
| Keith Wellner | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Keith Wellner

Date: 01/09/2017

*Gordon Mehler*
*Attorney's signature*

Gordon Mehler - 9226
*Printed name and bar number*

Mehler Law PLLC
747 Third Avenue, 32nd Floor
New York, NY 10017
*Address*

gmehler@mehlerlaw.com
*E-mail address*

(212) 661-2414
*Telephone number*

(212) 661-8761
*FAX number*