# MEHLER LAW PLLC

747 Third Avenue • 32nd Floor • New York, NY 10017-2803

Gordon Mehler
P... e, ..i

Rebecca Campbell
Diane Ferrone
Sarah Lum
Daniel Rothstein
Harvey Stuart
Of Cou..s.l

Rick Guimond
Ben Stadler
Paralegals

> Sentencing is moved to
> May 1, 2019 at 2:00 p.m.
> SO ORDERED.
> Dated: 2/26/2019
>
> _/s/ P. Kevin Castel_
> P. Kevin Castel
> United States District Judge

February 22, 2019

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: **_United States v. David Bergstein & Keith Wellner, 16 Cr. 746 (PKC)_**

Dear Judge Castel:

On February 7th, Your Honor set my client's sentencing date for May 2nd, 2019 at 2PM, because of vacation plans by AUSA Edward Imperatore that conflicted with the original April 25th date. AUSA Imperatore cleared the new date with me, but, unfortunately, I overlooked a preplanned trip to Nebraska on that date.

Therefore, with apologies, and with the consent of AUSA Imperatore, I respectfully request a new sentencing date of one day earlier. May 1st at 2PM is an alternative which Your Honor's Chambers has indicated is an acceptable date and time, subject, of course, to a "so ordered" by this Court.

Respectfully,

/s/

Gordon Mehler

cc: AUSA Edward Imperatore (by ECF)