UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Order of Restitution** |
| v. | **16 Cr. 746 (PKC)** |
| KEITH WELLNER, | |
| Defendant. | |

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Edward Imperatore and Elisha Kobre, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Counts One through Six of the above-captioned Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** KEITH WELLNER, the Defendant, shall pay restitution in the total amount of $15,155,797.27 to the victims of the offenses charged in Counts One through Five of the Indictment. The names, addresses, and amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court. The defendant shall make restitution in monthly installments of at least _10_ % of his monthly income commencing _June 1, 2019_.

**2. Joint and Several Liability.** Defendant KEITH WELLNER's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter, specifically David Bergstein under 16 Cr. 746 (PKC) and Albert Hallac under 15 Cr. 512 (PKC). Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid

09.10.2013

the total amount of his loss from all the restitution paid by the Defendant and co-defendants in this matter.

Dated: New York, New York
       May 1, 2019

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | |
| KEITH WELLNER, | |
| Defendant. | |

**Schedule of Victims**

**16. Cr. 746 (PKC)**

| Name | Address | Amount of Restitution |
|---|---|---|
| Wimbledon Financing Master Fund, Ltd. | Kaplan Rice LLP<br>142 West 57th Street<br>Suite 4A<br>New York, NY 10019<br>Attn: Howard Kaplan, Esq. | $5,884,897.00 |
| The Wimbledon Fund, SPC (Class TT) | Cole Schotz P.C.<br>2515 McKinney Avenue<br>Suite 1350<br>Dallas, TX 75201<br>Attn: James Walker, Esq. | $9,281,900.27 |
| PII Investor Liquidation Company, LLC | Ballard Spahr LLP<br>1675 Broadway, 19th floor<br>New York, NY 10019<br>Attn: Eugene Licker, Esq. | $69,348.00 |
| Total | | $15,236,145.27 |

09.10.2013