# MEHLER LAW PLLC

747 Third Avenue ✦ 32nd Floor ✦ New York, NY 10017-2803

Gordon Mehler
*Principal*

Rebecca Campbell
Diane Ferrone
Sarah Lum
Daniel Rothstein
Harvey Stuart
*Of Counsel*

Rick Guimond
Ben Stadler
*Paralegals*

May 8, 2019

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

        Re: *United States v. Keith Wellner*, 16 Cr. 746 (PKC)

Dear Judge Castel:

    I write as a follow-up to Keith Wellner's sentencing last week, where the Court agreed, with the consent of the United States Attorney, to so order that Pretrial Services return Mr. Wellner's two passports that it has in its custody to me. Upon receipt, I will hold them and not release them to Mr. Wellner as part of any travel without proper authorization.

    Thank you for your attention to this matter.

Sincerely,

/s/ Gordon Mehler

Gordon Mehler

*Mr. Mehler representation is adopted as this Court's Order.*

SO ORDERED:

_____
P. Kevin Castel
United States District Judge
5-8-19

Tel: (212) 661-2414 ✦ Fax: (212) 661-8761 ✦ E-mail: gmehler@mehlerlaw.com ✦ Website: www.mehlerlaw.com