UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
UNITED STATES OF AMERICA            :
:
   - v. -                          :
: 16 Cr. 746 (PKC)
KEITH WELLNER,                      :
                              Defendant.   :
:
-----------------------------------------------------------x

# ORDER

Pursuant to 18 U.S.C. 3583 §(e)(1), the Court hereby TERMINATES the term of supervised release in this case and discharges Mr. Wellner in the interest of justice and for good cause shown.

Dated:  March 18, 2021.

_____
P. Kevin Castel
United States District Judge